**Dorothy L. Boss, by J. R. Boss, plaintiff in error, v. Illinois Central Railroad Company, defendant in error.***
Action for personal injuries to infant at railway crossing. Judgment for plaintiff which she asks be reviewed as inadequate. Error

---

* Received from clerk of Appellate Court, August 8, 1927.

to the Circuit Court of Effingham county; the Hon. F. R. Dove, Judge, presiding.    Heard in this court at the October term, 1923.    Reversed and remanded. . Opinion filed March 10, 1924.
Paul Taylor, for plaintiff in error.    Edward C. Craig, for defendant in error.
Mr. Justice Boggs delivered the opinion of the court.